1  David H. Krieger, Esq.
2  Nevada Bar No. 9086
   HAINES & KRIEGER, LLC
3  8985 S. Eastern Avenue, Suite 350
   Henderson, Nevada 89123
4  Phone: (702) 880-5554
5  FAX: (702) 385-5518
   Email: dkrieger@hainesandkrieger.com
6  *Attorney for Plaintiff, MARIA E. COWEN*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MARIA E. COWEN,<br><br>            Plaintiff,<br><br>v.<br><br>BAY AREA CREDIT SERVICE;<br>EQUIFAX INFORMATION<br>SERVICES, LLC,<br><br>            Defendants. | **Case No. 2:16-cv-02551-JCM-CWH**<br><br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO BAY AREA CREDIT SERVICE ONLY** |

      Plaintiff MARIA E. COWEN and HOVG, LLC. sued by its fictitious name BAY AREA CREDIT SERVICE (hereinafter HOVG, LLC. will be referred to by its fictitious name Bay Area Credit Service and Plaintff and and Bay Area Credit Service will be referred to, collectively, as the "Parties") stipulate and agree that the above entitled action shall be dismissed with prejudice in accordance with

…

…

…

…

…

4836-1766-6624.1                     Page   of

Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, BAY AREA CREDIT SERVICE**. The Parties specifically acknowledge that Bay Area Credit Service has not waived its right to recover any lawful fees and costs it incurred as a result of being sued in this case.

Dated:          January 27, 2017

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. <br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> 8985 S. Eastern Avenue <br> Suite 350 <br> Henderson, Nevada 89123 <br> *Attorney for Plaintiff* | /s/Marc S. Cwik, Esq. <br> Marc S. Cwik, Esq. <br> Nevada Bar No. 06946 <br> 6385 S. Rainbow Boulevard, Suite 600 <br> Las Vegas, NV 89118 <br> *Attorney for Defendant BAY AREA CREDIT SERVICE* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: February 1, 2017

4836-1766-6624.1                                                Page   of