# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA E. COWEN, | ) |
| Plaintiff, | ) Case No. 2:16-cv-02551-JCM-CWH |
| vs. | ) **ORDER** |
| BAY AREA CREDIT SERVICE, et al., | ) |
| Defendants. | ) |

On January 17, 2017, Plaintiff Maria E. Cowen notified the court that she had reached a settlement with Defendant Equifax Information Services, LLC. (Notice (ECF No. 4).) On January 24, 2017, the court entered a minute order requiring those parties to file dismissal documents or to submit or a joint status report by March 20, 2017. (Min. Order (ECF No. 12).) The court notes that although Defendant Equifax appeared in this matter by filing a stipulation to extend time to file its answer, which the court approved, Defendant Equifax ultimately did not file an answer, presumably because Plaintiff filed the notice of settlement before Defendant Equifax's deadline to answer or otherwise respond to the complaint. (*See* Order (ECF No. 5).) Thus, the court should have directed its previous minute order only to Plaintiff. *See* Fed. R. Civ. P. 41(a)(1)(A)(i) (stating that the plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment). Regardless, to date, Plaintiff has not filed a notice of dismissal or a status report as to Defendant Equifax.

IT IS THEREFORE ORDERED that by April 17, 2017, Plaintiff must file a notice of dismissal as to Defendant Equifax or a status report.

DATED: April 3, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge